UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION |
| VERSUS | NUMBER: 18-14065 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL. | SECTION: "H"(5) |

**ORDER ON MOTION**
**APRIL 18, 2019**

APPEARANCES:

MOTION:

(1) Federal Defendants' Motion for Leave to File Amended Answer (Rec. doc. 21).

_____ : Continued to

\_\_1\_\_ : No opposition (Rec. doc. 24, p. 1).

_____ : Opposition.

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted as unopposed. In light of this order, oral argument that was scheduled for April 24, 2019 at 11:00 a.m. is cancelled.

_____ : Denied.

_____ : Other.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE