**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | * | **CASE NO.: 2:18-cv-14065** |
| | * | |
| **Plaintiff,** | * | **JUDGE MILAZZO** |
| | * | |
| **V.** | * | **MAGISTRATE NORTH** |
| | * | |
| **UNITED STATES DEPARTMENT OF THE** | * | |
| **INTERIOR, RYAN ZINKE, IN HIS OFFICIAL** | * | |
| **CAPACITY AS SECRETARY OF THE** | * | |
| **UNITED STATES DEPARTMENT OF THE** | * | |
| **INTERIOR, AND THE BUREAU OF** | * | |
| **OCEAN ENERGY MANAGEMENT,** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

*****************************************************************************

**TAYLOR ENERGY COMPANY LLC'S**
**MOTION TO TRANSFER IN THE INTEREST OF JUSTICE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Taylor Energy Company LLC ("Taylor Energy"), which, for the reasons set forth in the attached memorandum, moves to transfer this action to the United States Court of Federal Claims, pursuant to 28 U.S.C. §1631, based upon the recent ruling of the COFC and its finding that it had subject matter jurisdiction over the Trust Agreement, the very agreement at issue in this case and because it is now apparent that this Court lacks subject matter jurisdiction to entertain Taylor Energy's Complaint herein.

WHEREFORE, Plaintiff, Taylor Energy Company, LLC requests that this Court enter an order transferring this case to the United States Court of Federal Claims.

Respectfully submitted,

By: *s/Carl D. Rosenblum*
    Carl D. Rosenblum, T.A. (La. Bar No. 2083)
    Edward D. Wegmann (La. Bar No. 13315)
    Alida C. Hainkel (La. Bar No. 24114)
    Lauren C. Mastio (La. Bar. No. 33077)
    Allison B. Kingsmill (La. Bar. No. 36532)
    JONES WALKER LLP
    201 St. Charles Avenue, 49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone:  (504) 582-8296
    Facsimile: (504) 589-8296
    crosenblum@joneswalker.com

**Counsel for Taylor Energy Company LLC, Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of April, 2019, a true and correct copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

*/s/ Carl D. Rosenblum*