# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 18-14065 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL | SECTION: H (5) |

## SCHEDULING ORDER

A Scheduling Conference was held May 14, 2019.

Participating were:
 CARL ROSENBLUM & EDWARD D. WEGMANN, FOR PLAINTIFF
 THOMAS PORTS, JR., FOR DEFENDANTS

Issue is joined as to all parties. Jurisdiction is being argued in plaintiff's Motion to Transfer Case.

**All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B) are exempt.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **JUNE 14, 2019,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

A Status Conference will be held in the chambers of District Judge Jane Triche Milazzo on **JULY 10, 2019 at 2:30 p.m.** for the purpose of discussing preliminary matters.  <u>Prior to five (5) working days before the Status Conference, counsel for each party must submit a letter prepared in accordance with the Notice of Preliminary Status Conference attached.</u>

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **AUGUST 20, 2019.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **SEPTEMBER 20, 2019.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **SEPTEMBER 20, 2019.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **OCTOBER 4, 2019.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Depositions for trial use shall be taken and all discovery shall be completed no later than **OCTOBER 21, 2019**. This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony, shall be filed no later than **NOVEMBER 5, 2019** to permit a submission date of **NOVEMBER 20, 2019.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **<u>The parties should ONLY submit pertinent pages of deposition transcripts.  Submission of an entire transcript will not be accepted without prior leave of Court.</u>**

All other motions *in limine* shall be filed by **DECEMBER 12, 2019** and responses thereto shall be filed by **DECEMBER 17, 2019**.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500

Poydras Street, Room C-206 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD WITHIN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A Final Pretrial Conference will be held on **DECEMBER 19, 2019 at 2:45 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **TUESDAY, JANUARY 21, 2020 at 8:30 a.m.** before the District Judge WITHOUT a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last three (3) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a

continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By: s/Erin Mouledous
    Case Manager
    504-589-7695**

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Taylor Energy Company, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 18-14065 |
| United States Department of the Interior, et al | SECTION "H"(5) |

## ADDENDUM TO SCHEDULING ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Taylor Energy Company, L.L.C. | CIVIL ACTION |
| VERSUS | CASE NO. 18-14065 |
| United States Department of the Interior, et al | SECTION "H"(5) |

**NOTICE REGARDING PRELIMINARY STATUS CONFERENCE**

**IT IS ORDERED** that a status conference will be held **JULY 10, 2019 at 2:30 p.m.** in the Chambers of United States District Judge Jane T. Milazzo, 500 Poydras Street, Room C206, New Orleans, Louisiana.

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed, but instead, submitted by email to jenny_rudolph@laed.uscourts.gov or faxed directly to chambers at 504-589-7521.** The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of any discovery done;
(3) A listing of any specialized discovery that may be involved in this matter; and
(4) Whether or not this matter should be fast-tracked for settlement.

**TRIAL COUNSEL ARE TO PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, YOU ARE UNABLE FOR GOOD CAUSE TO DO SO, ANOTHER ATTORNEY IN YOUR OFFICE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS.**