JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
THOMAS W. PORTS, JR.
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 305-0492
Fax: (202) 305-0506
thomas.ports.jr@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| TAYLOR ENERGY CORPORATION LLC, | |
| Plaintiff, | CASE NO. 2:18-cv-14065 |
| v. | Honorable Jane Milazzo |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | Magistrate Judge Michael North |
| Defendant. | |

**CONSENT MOTION TO RESCHEDLE ORAL ARGUMENT**

Pursuant to Local Rule 7.3, Federal Defendants move to reschedule oral argument on Taylor Energy Corporation LLC's ("Taylor") Motion to Transfer until July 3 (preferred) or July 10, 2019, because counsel for Federal Defendants is not available on the scheduled date. Taylor consents to the relief requested in this Motion, and Federal Defendants respectfully submit a proposed order granting the Motion. In support, Federal Defendants state as follows:

    1.    On April 26, 2019 Taylor filed a motion to transfer this case the Court of Federal Claims. ECF No. 30.

1

2. On May 14, 2019 Federal Defendants timely opposed Taylor's motion to transfer. ECF No. 34.

3. Also on May 14, 2019 the Court entered a scheduling order which, among other deadlines, scheduled a preliminary status conference for July 10, 2019.

4. On May 15, 2019 Taylor timely requested oral argument on its motion to transfer. ECF No. 35.

5. On May 17, 2019 the Court granted Taylor's request and set oral argument for June 13, 2019 at 9:30 a.m. ECF No. 36.

6. Counsel for Federal Defendants is scheduled to be traveling for three different cases over the majority of June, beginning June 3, and has a conflicting commitment in Utah on June 13, 2019 related to an upcoming trial. Specifically, on June 13, counsel has long-scheduled commitments with several witnesses that conflict with the oral argument. After the Court scheduled oral argument, counsel sought to reschedule the conflicting commitments, but was not able to do so. Thereafter, counsel for Federal Defendants and counsel for Taylor conferred by email on May 24 and on May 28 to reach mutually agreeable dates to reschedule oral argument.

7. Through those communications, the parties identified July 3, 2019 as the first motions day on which all counsel would be available, and request that oral argument be reset for that date. The parties are also available on July 10, 2019 and are scheduled to appear before the Court for a preliminary status conference. If the Court does not wish to reschedule oral argument for July 3, with Taylor's consent, Federal Defendants respectfully request that the Court hear oral argument on Taylor's motion to transfer as part of the parties' appearance on July 10, 2019.

8. Good cause exists for the relief requested, and it will not prejudice any party.

Wherefore, Federal Defendants respectfully request that oral argument on Taylor's Motion to Transfer, ECF No. 30, be reset for July 3, 2019 or, in the alternative, for July 10, 2019.

Dated: May 29, 2019          Respectfully Submitted,

                                   JEAN E. WILLIAMS
                                   Deputy Assistant Attorney General

                                   */s/ Thomas W. Ports, Jr.*
                                   Thomas W. Ports, Jr. (Va. Bar No. 84321)
                                   Trial Attorney
                                   601 D St. NW, 3rd Floor
                                   Washington, D.C. 20004
                                   Tel: (202) 305-0492
                                   Fax: (202) 305-0506
                                   thomas.ports.jr@usdoj.gov

                                   *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2019 I served a copy of the foregoing electronically via the court's ECF system on all counsel of record.

*/s/ Thomas W. Ports, Jr.*
Thomas W. Ports, Jr.