UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### ORDER

All parties not having waived Judge Wendy B. Vitter's disqualification, **IT IS ORDERED** that Civil Action 18-14065, *Taylor Energy Company, LLC vs United States Department of Interior, et al,* be **TRANSFERRED BACK** to Section H of this Court.

**IT IS FURTHER ORDERED** that Civil Action 19-1904, *Dorman vs Royal St. Charles Hotel*, be transferred from Section H to Judge Wendy B. Vitter, Section "D". This replacement case is transferred for purposes of keeping the transfers to Judge Vitter equally distributed from among the judges of the court

New Orleans, Louisiana, this __19th__ day of June 2019.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

18-14065 TRANSFERRED TO SECTION H

19-1904 TRANSFERRED TO SECTION D