UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | * | **CASE NO.: 2:18-cv-14065** |
| **Plaintiff,** | * | **JUDGE GUIDRY** |
| V. | * | **MAGISTRATE NORTH** |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, RYAN ZINKE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, AND THE BUREAU OF OCEAN ENERGY MANAGEMENT,** | * | **SECTION: T(5)** |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TAYLOR ENERGY COMPANY LLC'S
WITNESS LIST AND EXHIBIT LIST**

Plaintiff, Taylor Energy Company LLC ("Taylor Energy"), through undersigned counsel, with a full reservation of rights,[1] respectfully submits this list of all witnesses who may or will be called to testify at trial and list of all exhibits which may be used at trial in accordance with the Court's Scheduling Order (Rec. Doc. 33):

**I. WITNESS LIST**

1. Dina Bracci Riviere, Taylor Energy Company LLC

2. William W. Pecue, II, Taylor Energy Company LLC

3. Lars T. Herbst, Regional Director, Bureau of Safety and Environmental Enforcement

---

[1] Taylor Energy maintains that this Court does not have subject matter jurisdiction in this matter. On April 26, 2019, Taylor Energy filed its Motion to Transfer Case in the Interest of Justice (Rec. Doc. 30) seeking to transfer this case to the United States Court of Federal Claims pursuant to 28 U.S.C. §1631, which remains under submission to the Court; therefore, this Witness and Exhibit List is done in an abundance of caution pursuant to the Court's Scheduling Order.

4. John Rodi, former Regional Director Gulf of Mexico, OCS Region, Bureau of Ocean Energy Management

5. Joshua T. Joyce, Gulf of Mexico, OCS Region, Bureau of Ocean Energy Management

6. Cathy L. Moser, BOEM Technical Specialist and Advisor

7. Any witness needed to authenticate third party records

8. Any witness identified by Defendants

9. Any witness needed to authenticate documents

10. Additional witnesses to be determined in the course of discovery

11. Taylor Energy reserves the right to modify of supplement this list as the case proceeds.

## II. EXHIBITS

1. March 19, 2008 Trust Agreement

2. March 19, 2008 Agreement to Provide Additional Bond

3. Agreement between Taylor Energy and Minerals Management Service to Implement Article IV – Disbursements of the Trust Agreement

4. Interior Board of Land Appeals ("IBLA"), October 29, 2018 Final Decision

5. Bureau of Ocean Energy Management's August 28, 2009 Decision

6. Bureau of Ocean Energy Management's November 7, 2011 Decision

7. The entire administrative record in the matter entitled "Taylor Energy Company LLC v. U.S. Department of the Interior, Bureau of Ocean Energy Management," No. IBLA 2010-12 & 2012-70, on the docket of the United States Department of the Interior Office of Hearings and Appeals, Interior Board of Land Appeals, including Taylor Energy Bates Nos. TAYLOR0001 to TAYLOR0611

8. Taylor Energy's contemporaneously created schedule(s) supporting reconciliation or in support of proceeds received

9. Any documents identified in discovery by Plaintiff or Defendants

10. Any documents needed for impeachment

11. Any exhibits identified by Defendants

12. Taylor Energy reserves the right to modify or supplement this list as the case proceeds.

Respectfully submitted,

By: *s/ Carl D. Rosenblum*
Carl D. Rosenblum, T.A. (La. Bar No. 2083)
Edward D. Wegmann (La. Bar No. 13315)
Alida C. Hainkel (La. Bar No. 24114)
Lauren C. Mastio (La. Bar. No. 33077)
Allison B. Kingsmill (La. Bar. No. 36532)
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8296
Facsimile: (504) 589-8296
crosenblum@joneswalker.com

**Counsel for Taylor Energy Company LLC, Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2019, a true and correct copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

*s/ Carl D. Rosenblum*