PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
THOMAS W. PORTS, JR.
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0492
Fax: (202) 305-0506
thomas.ports.jr@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| TAYLOR ENERGY CORPORATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | CASE NO. 2:18-cv-14065 |

## ALL DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(d)(4), all Defendants—the United States Department of the Interior, David Bernhardt in his Official Capacity as Secretary of the U.S. Department of the Interior, and the U.S. Bureau of Ocean Energy Management—hereby appeal of right to the United States Court of Appeals for the Federal Circuit from the Order Granting Motion to Transfer Case entered in this action on March 31, 2020, ECF No. 71, and any associated opinions and orders.

1

Dated: May 29, 2020                    Respectfully Submitted,

                                       PRERAK SHAH
                                       Deputy Assistant Attorney General

                                       <u>*/s/ Thomas W. Ports, Jr.*</u>
                                       Thomas W. Ports, Jr. (Va. Bar No. 84321)
                                       Trial Attorney
                                       150 M Street, NE
                                       Washington, D.C.  20002
                                       Tel: (202) 305-0492
                                       Fax: (202) 305-0506
                                       thomas.ports.jr@usdoj.gov

                                       *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

       I certify that on May 29, 2020, I electronically filed the foregoing All Defendants' Notice of Appeal using the U.S. District Court for the Eastern District of Louisiana's electronic case filing system, which served all counsel of record.

                                                   */s/ Thomas W Ports, Jr.*
                                                   Trial Attorney
                                                   U.S. Department of Justice